1 | Brent H. Blakely (SBN 157292)
  | bblakely@blakelylawgroup.com
2 | Cindy Chan (SBN 247495)
  | cchan@blakelylawgroup.com
3 | BLAKELY LAW GROUP
  | 915 North Citrus Avenue
4 | Hollywood, California 90038
  | Telephone: (323) 464-7400
5 | Facsimile: (323) 464-7410

JS-6

6 | *Attorneys for Plaintiff Guru Denim, Inc.*
7 | *dba True Religion Brand Jeans*

8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA
10 |

11 | GURU DENIM, INC., a California Corporation dba TRUE RELIGION BRAND JEANS,
12 |
13 |                         Plaintiff,
14 |         vs.
15 | CAVALINI, INC., a California Corporation; STYLES FOR LESS, INC., a California Corporation; and DOES 1-10, inclusive,
16 |
17 |                         Defendants.
18 | CAVALINI, INC., a California Corporation,
19 |
20 |         Defendant/Counterclaimant
21 |         vs.
22 | GURU DENIM, INC., a California Corporation,
23 |
24 |         Plaintiff/Counter-defendant

) CASE NO. CV 12-7035 R (JCx)
)
) **ORDER DISMISSING ACTION**
) **WITH PREJUDICE**

1
**STIPULATION TO VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

1   **IT IS HEREBY ORDERED,** pursuant to stipulation amongst the parties, that
2   this entire action, including all counterclaims, will be dismissed with prejudice.  Each
3   party shall bear their own attorneys' fees and costs associated with this action.

6   DATED:   Feb. 12, 2013   _____
                              Hon. Manuel L. Real
7                             **United States District Judge**