Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

JS-6

*Attorneys for Plaintiff Guru Denim, Inc.
dba True Religion Brand Jeans*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., a California Corporation dba TRUE RELIGION BRAND JEANS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAVALINI, INC., a California Corporation; STYLES FOR LESS, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants.<br><br>CAVALINI, INC., a California Corporation,<br><br>　　　　Defendant/Counterclaimant<br><br>vs.<br><br>GURU DENIM, INC., a California Corporation,<br><br>　　　　Plaintiff/Counter-defendant | CASE NO. CV 12-7035 R (JCx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1   **IT IS HEREBY ORDERED,** pursuant to stipulation amongst the parties, that
2   this entire action, including all counterclaims, will be dismissed with prejudice.  Each
3   party shall bear their own attorneys' fees and costs associated with this action.

6   DATED:    Feb. 12, 2013           _____
                                       Hon. Manuel L. Real
7                                      **United States District Judge**

**[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**